Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, | No. 1:15-cv-00685-MCE-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| TWM/FRESNO, LLC, dba CARL'S JR; | |
| Defendant. | |

1   IT IS HEREBY STIPULATED by and between Plaintiff Arthur Owens and Defendant TWM/Fresno, LLC, dba Carl's Jr. Restaurants (served as TWM Fresno, LLC dba Carl's Jr), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: August 3, 2015                    MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff
                                        Arthur Owens

Date: August 3, 2015                    CALL & JENSEN
                                        A Professional Corporation


                                        /s/ Ryan M. McNamara
                                        Ryan M. McNamara
                                        Matthew R. Orr
                                        Michael S. Orr
                                        Attorneys for Defendant
                                        TWM/Fresno, LLC, dba Carl's Jr. Restaurants
                                        (served as TWM Fresno, LLC dba Carl's Jr)

**ORDER**

Pursuant to the parties' signed stipulation (ECF No. 14), this action is DISMISSED with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  August 5, 2015

                                        _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT